BEEKMAN *et al. v.* BOST.

[86 South. 713, No. 21705.]

APPEAL AND ERROR.   *Amount of supersedeas bond on appeal from decree of sale to satisfy lien stated.*

Where a court decrees a sale of real estate to satisfy a lien established by the court to obtain an appeal with supersedeas, a bond is required in double the value of the property ordered sold, or in double the judgment rendered against the property, taking whichever is the smallest as a basis for the bond.

APPEAL from chancery court of Adams county.

HON. R. W. CUTRER, Chancellor.

Action by R. E. Bost against P. Beekman and others. Judgment for plaintiff, and defendants appeal.   On mo-

tion to discharge *supersedeas* or require *supersedeas* bond in double the sum of the judgment. *Supersedeas* discharged unless bond in double amount of judgment given.

No brief of counsel found in the record.

ETHRIDGE, J., delivered the opinion of the court.

The appellants seek to appeal from a judgment in favor of Bost against them and the Rose Hill Baptist Church, the suit being one to condemn and sell property to satisfy a judgment against the Rose Hill Baptist Church, and the contention of the appellants is that the property was the property of the appellants and not of the Baptist Church.

The decreed from which the appeal is prosecuted is for two thousand three hundred twenty-five dollars, and the same is fixed by the decree of the court below as a charge upon the real estate which is worth five thousand dollars. The chancellor allowed a *supersedeas* on a bond in the sum of five hundred dollars, and this is a motion to discharge the *supersedeas* or to require the giving of the *supersedeas* bond in double the sum of the judgment appealed from which fixes the lien at two thousand three hundred twenty-five dollars.

The judgment having ordered the sale of the property, we think it requires a *supersedeas* bond of twice the value of either the judgment or the property, taking the lowest of these as being the one to be doubled in amount by the *supersedeas* bond. The motion will therefore be sustained and the *supersedeas* discharged, unless the appellants give a *supersedeas* appeal bond in double the sum of two thousand three hundred twenty-five dollars, or in the sum of four thousand six hundred fifty dollars, within ten days from this date.

*So ordered.*